Hans A. Iverson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

· *In Banc.*

Writ of error to Criminal Court of Record, Volusia county; Isaac A. Stewart, Judge.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed for failure to file briefs.